# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CHARLES JAY LEE AND LEE BROTHERS FARMS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN COPROATION d/b/a NORTHWESTERN ENERGY, <br><br> Defendant. | Cause No. CV-23-76-GF-BMM <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties Stipulation for Dismissal with Prejudice (Doc. 32), and for good cause appearing,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys' fees.

DATED this 18th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts